FILED

01/08/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0641

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 22-0641

_____

STATE OF MONTANA,

      Plaintiff and Appellee,

v.                                                   O R D E R

GILBERT CAMPA,

      Defendant and Appellant.

_____

Appellant Gilbert Campa appeals from the Order of Revocation and Imposition of Sentence of the Thirteenth Judicial District Court, Yellowstone County, in its Cause No. DC-07-0531.  Campa argues the District Court erred by failing to give him credit for 780 days served while awaiting sentence from June 22, 2007, to August 10, 2009.

The State has filed a Notice of Concession that this matter should be remanded to the District Court for the purpose of entering an amended sentence and judgment.  The State agrees that in this case the District Court erred in failing to give Campa credit for time served and that Campa is due credit for an additional 780 days on this sentence.

Based on Campa's opening brief and the State's concession, and good cause appearing,

IT IS HEREBY ORDERED that this case is REMANDED to the Thirteenth Judicial District Court, Yellowstone County, with instructions for the District Court to amend its Judgment and Commitment to give Campa credit for an additional 780 days served.

IT IS FURTHER ORDERED that the remainder of this appeal is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that REMITTITUR shall issue IMMEDIATELY UPON REMAND.

The Clerk is directed to provide copies of this Order to all counsel of record and to presiding judge Honorable Donald L. Harris.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 8 2024